THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Jason Robert Drew, Appellant.
 
 
 

Appeal From Lexington County
 Kenneth G. Goode, Circuit Court Judge

Unpublished Opinion No.  2005-UP-449
Submitted July 1, 2005  Filed July 15, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, Office of the Attorney General, all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:   Jason Drew appeals his plea of guilty and sentence for murder, armed robbery, and grand larceny over $5,000.  Appellate counsel filed a motion to be relieved as counsel.  Drew filed a pro se brief.  After a thorough review of the record, counsels brief, and Drews pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Drews appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
ANDERSON, STILWELL, and WILLIAMS, JJ., concur.

[1] We decide this case without oral arguments pursuant to Rule 215, SCACR.